[Civil No. 340.]

## THE JACKSON COUNTY BANK, Appellant, v. CHARLES F. AINSWORTH, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Maricopa.

Hancock & Perley, for Appellant.

C. F. Ainsworth, for Appellee.

April 15, 1893.   Dismissed.

---

[Civil No. 394.]

## In the Matter of the Application of WILLIAM H. BARNES and JOHN O. DUNBAR for a Writ of Habeas Corpus.

Benjamin Goodrich and Kibbey & Israel, for Petitioners.

Francis J. Heney, Attorney-General, for the Territory of Arizona.

November 8, 1893.   William H. Barnes discharged; John O. Dunbar remanded to sheriff of Pima County.

---

[Civil No. 396.]

## In the Matter of the Application of JOHN O. DUNBAR for a Writ of Habeas Corpus.

William H. Barnes, Benjamin Goodrich, for Petitioner.

Francis J. Heney, Attorney-General, for Territory of Arizona.

November 13, 1893.   Petitioner discharged.